IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CITIZENS AGAINST LONGWALL MINING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-CV-3279 |
| ) | |
| COLT, LLC and IEC, LLC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**Before Byron G. Cudmore, United States Magistrate Judge:**

Before the Court are two Motions for Admission of Counsel *Pro Hac Vice* [9] [10] filed by Attorneys Williams C. Illingworth and John E. Rhine of the law firm Rhine, Ernest & Vargo. From the Court's reading of the instant motions, it appears the attorneys are requesting authority to practice *pro hac vice* for the purpose of representing COLT, LLC in filing its Motion to Dismiss [11], all in accordance with Local Rule 83.5(F), and that both attorneys are in process of applying for regular admission with this court.

WHEREFORE Motions for Admission of Counsel *Pro Hac Vice* [9] [10] are ALLOWED and Attorneys Williams C. Illingworth and John E. Rhine are granted authority to practice in this cause *pro hac vice* for the purpose of filing the Motion to Dismiss [11] on behalf of Defendant COLT, LLC.

Thereafter, Attorneys Williams C. Illingworth and John E. Rhine must secure regular admission from the Central District of Illinois.

ENTERED: December 14, 2005

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE